■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAQUAN CARROLL, Appellant. [20 NYS3d 892]—Appeals having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, New York County (Charles Solomon, J.), rendered on or about December 10, 2002, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.